IMBESI LAW P.C.
450 Seventh Avenue, Suite 1408
New York, New York 10123
862-812-0623
jlahiff@lawicm.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
PONDEROSA TWINS PLUS ONE, RICKY SPICER,
individually and on behalf of all others similarly
situated,

                  Plaintiffs,                  Civil Case No.: 1:16-cv-00953

           v.

                                        Notice of Appearance

iHEARTMEDIA, INC.; Spotify USA, Inc.; Google
Inc;
Apple Inc; Sony Computer Entertainment
America LLC; Deezer; xBox; SoundCloud;
Grooveshark; Slacker Radio; TuneIn Radio;
                  Defendants.
-----------------------------------------------------------------X

       To the Clerk of the Court and all parties of record:

       Please enter my appearance for this case as co-counsel of all Plaintiffs, PONDEROSA

TWINS PLUS ONE, RICKY SPICER, individually and on behalf of all others similarly situated.

       I certify that I am admitted to practice before this Court.

Dated: New York, New York
February 20, 2016

                                                                             Respectfully submitted,
                                                                             IMBESI LAW PC
                                                                             By: /s/ Jeanne Lahiff
                                                                             Jeanne Lahiff, Esq.
                                                                             450 Seventh Avenue, Suite 1408

New York, NY 10123
Telephone: 862-812-0623
Facsimile: 212-658-9177
jlahiff@lawicm.com