## CERTIFICATE OF SERVICE

**UNITED STATES DISTRICT COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

Case #: **1:16-cv-953**

---

**Ponderosa Twins Plus One, et al**

Plaintiff

**vs.**

**iHEARTMEDIA, Inc., et al**

Defendant

---

The undersigned, being first duly sworn, on oath deposes and says: that s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of plaintiff corporation, not a party to nor interested in the above entitled action, and its competent to be witness therein.

On **3/4/2016**, at **2:50 PM** at the address of **818 W. Seventh St., Ste 930, Los Angeles, CA 90017,** this affiant served the **Summons & Complaint** upon **Apple Inc.** by leaving the same with **Vivian Imperial, Process Specialist, a Asian Female, approximately 40+ years of age, 5'0", 125 lbs, with Black hair.**

I declare under penalties of perjury that the information contained herein is true and correct.

Executed on the 7th day of March, 2016.

*Veronica Avendano*  
V. Avendano, Lic # PSC #2720  
Judicial Attorney Services, Inc.  
2100 Manchester Rd., Ste 505  
Wheaton, IL 60187  
(630) 221-9007

CLIENT: **Napoli Shkolnik PLLC**  
FILE #: **CLS 6095**

Tracking #: **321172**