# CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Case #: 1:16-cv-953 |

**Ponderosa Twins Plus One, et al**

Plaintiff

**vs.**

**iHEARTMEDIA, Inc., et al**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: that s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of plaintiff corporation, not a party to nor interested in the above entitled action, and its competent to be witness therein.

On **03/04/2016**, at **12:36 PM** at the address of **2711 Centerville Rd., Ste 400, Wilmington, DE 19808,** this affiant served the **Summons & Complaint** upon **Soundcloud c/o Corporation Service Company** by leaving the same with **Lynanne Gares, Litigation Management Service Leader, a White Female, approximately 40 years of age, 5'6", 150 lbs, with Brown hair.**

I declare under penalties of perjury that the information contained herein is true and correct.

Executed on the 7th day of March, 2016.

*Stephen A. Kempski*
Stephen Kempski, Lic # 09-58-A
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007



CLIENT: **Napoli Shkolnik PLLC**
FILE #:

Tracking #: **321169**