IMBESI LAW P.C.
450 Seventh Avenue, Suite 1408
New York, New York 10123
862-812-0623
jlahiff@lawicm.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
PONDEROSA TWINS PLUS ONE,
RICKY SPICER,
individually and on behalf of all others similarly situated,

       Plaintiffs,

    v.

iHEARTMEDIA, INC.; Spotify USA, Inc.;
Google Inc;
Apple Inc; Sony Computer Entertainment
America LLC; SoundCloud;

       Defendants.
-----------------------------------------------------------------X

Civil Case No.: 1:16-cv-00953

<u>Notice of Appearance</u>

  To the Clerk of the Court and all parties of record:

 Please enter my appearance for this case as co-counsel of all Plaintiffs, PONDEROSA TWINS PLUS ONE, RICKY SPICER, individually and on behalf of all others similarly situated.

 I certify that I am admitted to practice before this Court.

Dated: New York, New York
February 20, 2016

             Respectfully submitted,
             IMBESI LAW PC
             By: /s/ Jeanne Lahiff

Jeanne Lahiff, Esq.
450 Seventh Avenue, Suite 1408
New York, NY 10123
Telephone: 862-812-0623
Facsimile: 212-658-9177
jlahiff@lawicm.com