UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PONDEROSA TWINS PLUS ONE, RICKY SPICER, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>iHEARTMEDIA, INC.; SPOTIFY USA, INC.; GOOGLE, INC.; APPLE INC.; SONY COMPUTER ENTERTAINMENT AMERICA LLC; and SOUNDCLOUD;<br><br>     Defendants. | CASE NO. 1:16-cv-953 (PAE)<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

To: The clerk of this court and all parties of record:

 I certify that I am admitted to practice in this Court, and I appear in this case as counsel for: Defendant Apple Inc.

Dated: New York, New York
   March 14, 2016       */s/ Dale M. Cendali*
                Dale M. Cendali
                KIRKLAND & ELLIS LLP
                601 Lexington Avenue
                New York, New York  10022
                Telephone: (212) 446-4800
                Facsimile: (212) 446-4900
                dale.cendali@kirkland.com

                *Attorney for Defendants*