UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PONDEROSA TWINS PLUS ONE, et al.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>IHEARTMEDIA INC., et al.,<br><br>                    Defendants. | Case No. 1:16-cv-00953-PAE<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SPOTIFY USA INC.** |

      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Spotify USA Inc., by and through its undersigned counsel, certifies that Spotify USA Inc. is a wholly owned subsidiary of Spotify AB, a privately held corporation organized under the laws of Sweden.  Spotify AB is a wholly owned subsidiary of Spotify Technology S.A., a company organized under the laws of the Grand Duchy of Luxembourg.  Spotify Technology S.A. does not have a parent corporation.  No publicly held corporation owns 10% or more of Spotify Technology S.A.'s stock.

Dated:  March 29, 2016

                                                                                            Respectfully submitted,

                                                                                            *s/ Brian M. Willen*
                                                                                             BRIAN M. WILLEN
                                                                                             WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Phone: (212) 999-5800
Fax: (212) 999-5899
Email: bwillen@wsgr.com

*Counsel for Defendant Spotify USA Inc.*